# EXHIBIT 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:25-cv-00091**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **CORPORATION SERVICE COMPANY** was recieved by me on **2/05/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Glenda Shepphard**, who is designated by law to accept service of process on behalf of **CORPORATION SERVICE COMPANY** at **2908 Poston Ave, Nashville, TN 37203** on **02/05/2025 at 11:58 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 02/05/2025

*Server's signature*

**Marty Copley**
*Printed name and title*

**2976 Mossdale Drive
Antioch, TN 37013**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Complaint; Summons; NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER; Business Entity Disclosure; NOTICE REGARDING BUSINESS ENTITY DISCLOSURE STATEMENT; MOTION TO SEAL CONFIDENTIAL DOCUMENTS; Letter; Civil Case Cover Sheet, to Glenda Shepphard who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0157600577**