IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VENDOR CREDENTIALING SERVICE LLC, d/b/a SYMPLR, n/k/a SYMPLR SOFTWARE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EPISODE SOLUTIONS, LLC, <br><br> Defendant. | Case No. 3:25-cv-00091 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Barbara D. Holmes |

## DEFAULT JUDGMENT

Pending before the Clerk is Plaintiff Vendor Credentialing Service LLC, d/b/a symplr, n/k/a symplr Software, LLC's Motion for Default Judgment against Defendant Episode Solutions, LLC filed pursuant to Federal Rule of Civil Procedure 55(b)(1). (Doc. No. 24). For the following reasons, the Motion is **GRANTED**.

On May 5, 2025, the Clerk entered default against Defendant. (Doc. No. 23). On May 9, 2025, Plaintiff filed the pending Motion for Default Judgment pursuant to Federal Rule 55(b)(1), seeking judgment against Defendants in the amount of $1,265,322.95, plus post-judgment interest. (Doc. No. 24). In support of its Motion, Plaintiff relies upon its Complaint, (Doc. No. 1), and the Declaration of Justin Rofel. (Doc. No. 24-1 and 28-1).

Upon entry of default, well-pleaded allegations relating to liability are taken as true. *In Re: Family Resorts of America, Inc.*, No. 91-4127, 1992 WL 174539, at *4 (6th Cir. July 24, 1992). Thereafter, "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation," the Clerk may enter default judgment "on the plaintiff's request with an affidavit

1

showing the amount due." Fed. R. Civ. P. 55(b)(1). "Under a plain reading of Rule 55(b)(1), plaintiff's burden is to establish that the damages requested are such that they may be computed to a sum certain and to present an affidavit computing damages." *Meyer v. City of Cincinnati*, 943 F.2d 52 (6th Cir. 1991). Upon review of Plaintiff's Motion for Default Judgment, (Doc. No. 24), and supporting documentation, the Clerk finds that Plaintiff has met its burden. As a result, the Clerk **GRANTS** Plaintiff's Motion for Default Judgment against Episode Solutions, LLC in the amount of $1,265,322.95, plus post-judgment interest pursuant to 28 U.S.C. §1961. Any request for attorneys' fees should be filed pursuant to Local Rule 54.01(b). The Clerk's Office is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court